IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| In re | : | Chapter 11 |
| | : | |
| **SUNLIGHT FINANCIAL HOLDINGS INC.,** *et al.*, | : | Case No. 23-11794 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors.[1] | : | |

------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 7, 2024 AT 10:30 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**PARTIES ARE REQUIRED TO REGISTER FOR THIS HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THIS HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**I.     ADJOURNED MATTER:**

1. Motion of Reorganized Debtors Pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Del. Bank. L.R. 3022-1 for Order (I) Granting Final Decree and (II) Terminating Claims and Noticing Services [Docket No. 237; filed January 17, 2024]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Sunlight Financial Holdings Inc. (9566), SL Financial Holdings Inc. (2472), SL Financial Investor I LLC (N/A), SL Financial Investor II LLC (1453), and Sunlight Financial LLC (3713). The Reorganized Debtors' mailing and service address is 101 North Tryon Street, Suite 900, Charlotte, North Carolina 28246.

<pre>        Response/Objection Deadline:      January 31, 2024 at 4:00 p.m. (ET)

        Responses/Objections Received:    None at this time.
</pre>

Status: The hearing on this matter is adjourned to the hearing scheduled for March 6, 2024 at 11:30 a.m. (ET).

## II. FINAL FEE APPLICATIONS:

2. Final Fee Applications (*See* Exhibit A)

    Related Documents:

    i. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 239; filed January 31, 2024]

    Status: On January 31, 2024, the Reorganized Debtors filed a proposed form of order approving the final fee applications listed on Exhibit A under certification of counsel. Accordingly, a hearing is only necessary to the extent that the Court has any questions or concerns.

Dated: February 5, 2024
      Wilmington, Delaware

                /s/ *Zachary I. Shapiro*
                RICHARDS, LAYTON & FINGER, P.A.
                Daniel J. DeFranceschi (No. 2732)
                Zachary I. Shapiro (No. 5103)
                James F. McCauley (No. 6991)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone:   (302) 651-7700
                E-mail:       defranceschi@rlf.com
                              shapiro@rlf.com
                              mccauley@rlf.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Ray C. Schrock (admitted *pro hac vice*)
                Alexander W. Welch (admitted *pro hac vice*)
                Alejandro Bascoy (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone:   (212) 310-8000
                E-mail:       ray.schrock@weil.com
                              alexander.welch@weil.com
                              alejandro.bascoy@weil.com

                *Attorneys for the Reorganized Debtors*

3

## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                      :    Chapter 11
                                                           :
SUNLIGHT FINANCIAL HOLDINGS INC.,                          :    Case No. 23-11794 (MFW)
*et al.*,                                                  :
                                                           :    (Jointly Administered)
                    Reorganized Debtors.[1]                :
                                                           :
---------------------------------------------------------- x

## INDEX OF FINAL FEE APPLICATIONS
## TO BE CONSIDERED AT THE FEBRUARY 7, 2024 HEARING

1. First and Final Fee Application of Guggenheim Securities, LLC as Investment Banker to the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 30, 2023 to and including December 6, 2023 [Docket No. 225; filed December 29, 2023]

   Response/Objection Deadline:              January 19, 2024 at 4:00 p.m. (ET)

2. Final Application of Alvarez & Marsal North America, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from October 30, 2023 to and including December 6, 2023 [Docket No. 227; filed January 5, 2024]

   Response/Objection Deadline:              January 26, 2024 at 4:00 p.m. (ET)

3. First and Final Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period October 30, 2023 through and including December 6, 2023 [Docket No. 228; filed January 5, 2024]

   Response/Objection Deadline:              January 26, 2024 at 4:00 p.m. (ET)

4. Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Sunlight Financial Holdings Inc. (9566), SL Financial Holdings Inc. (2472), SL Financial Investor I LLC (N/A), SL Financial Investor II LLC (1453), and Sunlight Financial LLC (3713). The Reorganized Debtors' mailing and service address is 101 North Tryon Street, Suite 900, Charlotte, North Carolina 28246.

RLF1 30485209v.1

2

Debtors in Possession for the Period from October 30, 2023 through December 6, 2023 [Docket No. 229; filed January 5, 2024]

Response/Objection Deadline:	January 26, 2024 at 4:00 p.m. (ET)

5. First and Final Fee Application of McGuireWoods LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 30, 2023 to and including December 6, 2023 [Docket No. 233; filed January 5, 2024]

Response/Objection Deadline:	January 26, 2024 at 4:00 p.m. (ET)